No. 88–1886.  GILBERT ET AL. v. CITY OF LITTLE ROCK ET AL. C. A. 8th Cir.  Certiorari denied.

No. 88–1887.  HUTCHINSON v. MCDONALD'S CORP.  C. A. 11th Cir.  Certiorari denied.

No. 88–1890.  BEYER, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. v. HUMANIK.  C. A. 3d Cir.  Certiorari denied.

No. 88–1892.  OPERATING ENGINEERS PENSION TRUST ET AL. v. DANIEL, DBA CONSOLIDATED CONCRETE PUMPING.  C. A. 9th Cir.  Certiorari denied.

No. 88–1893.  KING v. UNITED STATES;
No. 88–7305.  FOWLER v. UNITED STATES; and
No. 88–7310.  FOWLER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  Reported below: 870 F. 2d 656.

No. 88–1894.  GIBSON ET AL. v. UNITED STATES ET AL.; and GIBSON v. WOLPERT.  C. A. D. C. Cir.  Certiorari denied.

No. 88–1895.  SMITH ET AL. v. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR AUDUBON FEDERAL SAVINGS & LOAN ASSN.  C. A. 5th Cir.  Certiorari denied.

No. 88–1896.  DUNTON ET AL. v. UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL UNION NO. 403, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 88–1898.  REECE ET AL. v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 88–1900.  DWORKIN v. HUSTLER MAGAZINE, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 88–1902.  MAROSITZ ET AL. v. INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, AFL–CIO, ET AL.  C. A. 3d Cir.  Certiorari denied.